MICHAEL WAJTMAN, Plaintiff, *v.* PENNSYLVANIÁ RAILROAD COMPANY et al., Defendants. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff, *v.* CANADIAN NATIONAL RAILROAD, Third Party Defendant. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff-Respondent, *v.* MAINE CENTRAL RAILROAD COMPANY, Third Party Defendant - Appellant. BROOKLYN EASTERN DISTRICT TERMINAL, Third Party Plaintiff, *v.* WHEELING AND LAKE ERIE RAILWAY COMPANY, Third Party Defendant.

Argued February 21, 1949; decided March 3, 1949.

*Winslow M. Lovejoy* and *Patrick M. Casey* for appellant.
*Robert E. Curran* for respondent.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.